UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS SOLOMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-11894-JDL |
| | ) |
| FRANK FREDERICKSON, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Dennis Solomon moves (ECF No. 130) to stay his appeal of my order (ECF No. 116) entering final judgment as to certain defendants and, for the second time, seeks reconsideration of that order. United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motion with the Court on June 23, 2022 (ECF No. 135), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 135) of the Magistrate Judge is hereby **ACCEPTED** and Solomon's Motion for Stay of Appeal (ECF No. 130) is **DENIED**.

**SO ORDERED.**

**Dated this 28th day of July, 2022.**

                                                  /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**